No. 76–1471. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; No. 76–1521. CHANNEL TWO TELEVISION CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; No. 76–1595. NATIONAL ASSOCIATION OF BROADCASTERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; No. 76–1604. AMERICAN NEWSPAPER PUBLISHERS ASSN. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; No. 76–1624. ILLINOIS BROADCASTING CO., INC., ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; and No. 76–1685. POST CO. ET AL. *v.* NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL., 436 U. S. 775. Motion of National Citizens Committee for Broadcasting to waive or retax costs denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 77–926. CANNON *v.* UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir. [Certiorari granted, 438 U. S. 914.] Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.

No. 77–1465. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR *v.* RASMUSSEN ET AL.; and No. 77–1491. GEO CONTROL, INC., ET AL. *v.* RASMUSSEN ET AL. C. A. 9th Cir. [Certiorari granted, 436 U. S. 955.] Motion of petitioners for divided argument granted. Motion of the Solicitor General to permit Kent L. Jones, Esquire, to present oral argument *pro hac vice* granted.

No. 77–1680. MICHIGAN *v.* DEFILLIPPO. Ct. App. Mich. [Certiorari granted, *ante,* p. 816.] Motion of respondent for appointment of counsel granted, and it is ordered that James C. Howarth, Esquire, of Detroit, Mich., be appointed to serve as counsel for respondent in this case.